IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ELECTION SYSTEMS & SOFTWARE, INC., | ) ) ) | CASE NO. 8:07CV375 |
| Plaintiff, | ) ) | |
| V. | ) ) | MEMORANDUM AND ORDER |
| AVANTE INTERNATIONAL TECHNOLOGY, Corporation, | ) ) ) ) | |
| Defendant. | ) | |

IT IS ORDERED:

1. The Joint Motion to Stay the Briefing Schedule on Defendant's Motion to Dismiss, Stay And/Or Transfer (Filing No. 22) so that Plaintiff may conduct limited fact discovery on the issues relating to personal jurisdiction and venue is granted;

2. The briefing schedule for the Defendant's Motion to Dismiss is stayed until further order of the Court; and

3. The parties are directed to address the new briefing schedule for the motion in their Rule 26(f) planning report.

DATED this 3rd day of December, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge