# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ELECTION SYSTEMS & SOFTWARE, INC.,** | ) ) ) | |
| Plaintiff, | ) ) | 8:07CV375 |
| vs. | ) ) ) | **ORDER** |
| **AVANTE INTERNATIONAL TECHNOLOGY CORPORATION,** | ) ) ) | |
| Defendant. | ) | |

For good cause shown,

**IT IS ORDERED** that the parties' Agreed Motion to Extend Date for Parties' Planning Conference [44] is granted. The planning conference now set for March 31, 2008, is cancelled. If necessary, the conference will be rescheduled to a date at least 10 days after the district court rules on Avante's Motion to Dismiss [15].

**DATED March 28, 2008.**

            **BY THE COURT:**

            **s/ F.A. Gossett**
            **United States Magistrate Judge**